# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. CR: 221-0018 |
| | ) |
| REGAL HOSPITALITY SOLUTIONS, LLC, *et al.* | ) |
| Defendants. | ) |

## PROTECTIVE ORDER

Upon consideration of the Government's Partially Unopposed Motion for a Protective Order Governing Discovery, the Government's Motion is **GRANTED**. Accordingly, for any discovery provided in this case that is disseminated by counsel for defendant because it is necessary to the preparation of the defendants' defense, such materials shall not be reproduced or disseminated further.

Specifically, in addition to defendants, the following individuals qualify as designated persons to whom such discovery material may be disclosed by counsel:

(1) Investigative, secretarial, clerical, paralegal personnel, and other attorneys within defense counsel's law firm;

(2) Independent expert witnesses, investigators, or advisors retained by counsel of record in connection with this action;

(3) Other witnesses testifying to the contents of the document / material; and

(4) Other such persons authorized by the Court upon motion of either party.

Any persons receiving discovery material from counsel of record, including defendants, shall maintain such material in a safe and secure manner and shall not reproduce or disseminate such material further. Discovery material shall be

1

returned to the disseminating counsel of record upon conclusion of the recipient's involvement in the case or resolution of the represented defendant's case.

Counsel of record shall provide a copy of this Protective Order to any designated person to whom they disclose discovery material. Prior to disclosure of discovery material to any designated person, such designated person shall agree in writing to be subject to the terms of the Protective Order.

**SO ORDERED** this ___ day of _____ 2021.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA