IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA,

v.

ARTUR GRIGORYAN,

Defendant.

CASE NO.: 2:21-cr-18

**O R D E R**

Defendant Artur Grigoryan appeared before this Court on May 19, 2021 for his arraignment. Defendant had previously appeared in the Southern District of Mississippi before before Magistrate Judge Robert P. Myers, Jr. At that time, Defendant was granted bond and an Order Setting Bond Conditions of Release was issued. Doc. 13. At the hearing on May 19, 2021, this Court modified Defendant's conditions of release. In addition to all the conditions set by Judge Myers in the Southern District of Mississippi, this Court imposed the following additional special conditions:

1) Defendant is not allowed to employee anyone who is not a U.S. Citizen and who is not authorized to be in the United States.

2) Defendant is to avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution, including, but not limited to any Codefendants, unless arranged by or in the presence of counsel. Defendant is, however, permitted to communicate with Codefendant family members but that communication shall not be about this case.

3) Defendant is allowed to travel to the Southern District of Georgia for attorney meetings and court appearances without the prior approval from the Court. Defendant is also allowed to travel to New Orleans, LA and to Florida due to his work and family ties to those areas. Defendant must communicate with his pretrial services officer prior to travel.

All other provisions of Defendant's bond conditions as set out by Judge Myers in the Southern District of Mississippi, doc. 13, shall remain in full force and affect.

**SO ORDERED**, this 7th day of June, 2021.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA